UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  
JOHN D. CARLON, SR.  
CINDY M. CARLON

CHAPTER 13

CASE NO. 11-81629

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Green Tree Servicing LLC          **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account: 5617 / 7346

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $13,152.51 (Per Creditor's Proof of Claim) |
| | +   150.00 (Allowed Cost of Collection Claim) |
| | $13,302.51 |
| Amount Paid by Trustee | $13,302.51 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   7/19/2016                    /s/Lydia S. Meyer  
                                      Lydia S. Meyer, Trustee  
                                      308 W. State St., Suite 212  
                                      Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 19th Day of July, 2016.

Dated:  7/19/2016                     /s/Cynthia K. Burnard

GREEN TREE SERVICING LLC
BANKRUPTCY DEPARTMENT
PO BOX 0049
PALATINE, IL 60055-0049

BAC HOME LOANS SERVICING
450 AMERICAN STREET
SIMI VALLEY, CA  93065

GREEN TREE SERVICING LLC
BANKRUPTCY DEPARTMENT
PO BOX 6154
RAPID CITY, SD 57709-6154

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

JOHN D. CARLON, SR.
CINDY M. CARLON
1517 PARMELE ST.
ROCKFORD, IL  61104

LAW OFFICE OF JASON BLUST LLC
211 W. WACKER DRIVE, SUITE 300
CHICAGO, IL  60606